# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br><br>Barbara Jo LUQUE<br>Xx/xx/1957 | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>17-04352MJ |

Complaint for violation of Title 18, United States Code § 554

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about July 5, 2017, at or near Nogales, in the District of Arizona, **Barbara Jo LUQUE**, did fraudulently, knowingly and intentionally attempt to export and send from the United States into the Republic of Mexico, any merchandise, article, and object, that is, approximately 5,000 rounds of 7.62x39 mm rifle ammunition and 125 magazines for AK-47-type firearms, which are contrary to the laws and regulations of the United States, to wit: Title 22, United States Code, Section 2778(b)(2) and (c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1, and did receive, conceal, buy, sell and did in any manner facilitate the transportation, concealment, and sale of such merchandise, article, and object, that is, said ammunition and magazines, knowing the same to be intended for exportation, which is contrary to the laws and regulations of the United States; all in violation of Title 18, United States Code, Section 554.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On July 5, 2017, at approximately 12:30 PM, Barbara Jo **LUQUE** was driving a white Dodge Pickup Truck (bearing AZ BLG0430) southbound into Mexico through the Mariposa Port of Entry (POE). US Customs and Border Protection Officers (CBPO) initiated contact with **LUQUE**. The primary CBPO received a negative verbal declaration from **LUQUE**, who was the driver and registered owner of the vehicle. **LUQUE** stated she was coming from Tucson and was heading home to her husband in Mexico. When asked if she was traveling with any ammunition, firearms, or any other restricted items to declare, **LUQUE** stated she was not. CBPOs referred LUQUE to secondary for further inspection.

**LUQUE** was escorted to the CBP waiting room. While in secondary, CBPOs conducted a secondary inspection of the vehicle and discovered large brown boxes in plain view sitting on the back seat and rear floorboard. (CONTINUED TO PAGE 2)

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:

DETENTION REQUESTED
COMPLAINT REVIEWED by AUSA Serra M. Tsethlikai

SIGNATURE OF COMPLAINANT

*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*

OFFICIAL TITLE & NAME:
Jeremy Repper / Special Agent

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE: July 6, 2017

[1] See Federal rules of Criminal Procedure Rules 3 and 54

United States of America

vs.

17-04352MJ

Barbara Jo LUQUE
DOB: xx/xx/1957

Page 2 of Complaint

---

After being advised of her *Miranda* rights, **LUQUE** agreed to speak to the SAs without the presence of an attorney. **LUQUE** stated she was hired by a Mexican national to purchase and transport 5,000 rounds of 7.62x39 (AK-47) ammunition and 125 magazines for an AK-47-type firearm. **LUQUE** stated she left Mexico at approximately 600 A.M. to drive to Glendale to purchase these items from a gun store. **LUQUE** stated she was provided with $3600 cash by a recruiter known only as "Jose" to purchase and transport the ammunition and magazines to Nogales, AZ. **LUQUE** stated the original plan was to hand off the contraband to an unknown individual at the Shell gas station near the Mariposa POE for further transport through the International Border in to Mexico. When **LUQUE** arrived to the Shell gas station, Jose informed her that nobody was available to meet her to pick up the contraband, and then proceeded to inform her it was clear for her to transport the contraband by herself through the Mariposa POE.

**LUQUE** stated she encountered "Jose" at a residential area in Nogales, Sonora and Jose asked her if she wanted to earn some extra money. **LUQUE** is currently out of work and needed the money, so **LUQUE** agreed to assist in the smuggling operation. **LUQUE** stated this was her second time being involved with the smuggling operation.

On July 1, 2017, days before, **LUQUE** stated she traveled to Glendale to purchase $2,000 worth of ammunition for the same purpose, but stated she met with someone else at the Dollar Store in Nogales, AZ, who she transferred the ammunition to for smuggling southbound in to Mexico **LUQUE** stated she was paid $600 for this successful transport. Today, **LUQUE** stated she was uncertain how much money she was going to get paid if the contraband reached the final destination in Mexico.

The ammunition and magazines are on the Department of State Munitions List and as such require a license to export. **LUQUE** was asked if she was currently licensed, ever applied for, or had permission to transport weapons/ammunition through the International Border. **LUQUE** stated she never applied for or received Federal licensing required for export, and had no legal authority to do so.